UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON WARREN,<br><br>        Plaintiff,<br><br>    v.<br><br>DIANA JIMENEZ,<br><br>        Defendant. | Case No. 21-cv-09743-SK<br><br>**SUA SPONTE ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Regarding Docket No. 1 |

Plaintiff filed five similar complaints against different defendants on December 15, 2021: 21-cv-09734-SK, 21-cv-09740-SK, 21-cv-9742-SK, 21-cv-9743-SK, and 21-cv-9756-SK. It has come to the Court's attention that Plaintiff filed five other similar complaints on December 6, 2020, against different defendants: 21-cv-9427-JCS, 21-cv-9430-JCS, 21-cv-9431-DMR, 21-cv-9432-TSH, and 21-cv-09434-SK. Those cases have been referred to Judge Joseph C. Spero for the purpose of determining the relationship between the cases pursuant to Civil Local Rule 3-12(c). Because the complaints in the five newly filed matters are similar to the five previously filed complaints, the Court HEREBY REFERS 21-cv-09734-SK, 21-cv-09740-SK, 21-cv-09742-SK, 21-cv-09743-SK, and 21-cv-09756-SK to Judge Joseph C. Spero for the purpose of determining the relationship between the cases pursuant to Civil Local Rule 3-12(c).

**IT IS SO ORDERED**.

Dated: December 20, 2021

_____
SALLIE KIM
United States Magistrate Judge